UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 17-03035-BRO (AJWx) | Date | June 19, 2017 |
|---|---|---|---|
| Title | Star Fabrics Inc v. GenX Clothing Inc et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL.**

ORDER TO SHOW CAUSE

Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by the close of business on Monday, July 10, 2017 why the Court should not dismissed.

Submission of the required AO-120 and/or AO-121 form will satisfy this Order.

Failure to respond to this OSC will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

:

Initials of Preparer  rf